UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
JUN 0 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL DOCKET NO. 98-249 |
| VERSUS | * SECTION: "I" (2) |
| TALAT ENAB<br>a/k/a ENNAB TALAT<br>a/k/a MOHD MAHD ALSHARAFA<br>ISAM ABOLAILA<br>a/k/a SAM LAILA | * <br> * <br> * |

5:06mj 00027

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the indictment against TALAT ENAB, a/k/a/ ENNAB TALAT, a/k/a MOHD MAHD ALSHARAFA and ISAM ABOLAILA, a/k/a SAM LAILA is dismissed without prejudice.

New Orleans, Louisiana, this _____1_____ day of June, 2006.

_____
HONORABLE LANCE M. AFRICK
UNTIED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No.____

3

```
                                             FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2006 JUN -1  AM 9:45

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 98-249 |
| VERSUS | * | SECTION: "I" (2) |
| TALAT ENAB | * | VIOLATION: 18 USC §1344 |
| a/k/a ENNAB TALAT | | 18 USC § 371 |
| a/k/a MOHD MAHD ALSHARAFA | * | 18 USC §2 |
| ISAM ABOLAILA | | |
| a/k/a SAM LAILA | * | |

\* \* \*

### MOTION AND INCORPORATED MEMORANDUM OF THE UNITED STATES FOR DISMISSAL WITHOUT PREJUDICE OF THE INDICTMENT

NOW COMES, the United States, through the undersigned Assistant United States Attorney, who pursuant to Federal Rules of Criminal Procedure, Rule 48(a) moves the Court as follows.

1.

The government submits that there was more than sufficient probable cause for a grand jury to indict TALAT ENAB, a/k/a/ ENNAB TALAT, a/k/a MOHD MAHD

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

ALSHARAFA and ISAM ABOLAILA, a/k/a SAM LAILA for bank fraud and conspiracy to commit bank fraud.

2.

Recent investigation by federal law enforcement indicates that at the present time the interests of justice would best be served by dismissing the indictment without prejudice against TALAT ENAB, a/k/a/ ENNAB TALAT, a/k/a MOHD MAHD ALSHARAFA and ISAM ABOLAILA, a/k/a SAM LAILA.

WHEREFORE, the government requests that this motion be granted allowing the government to dismiss the indictment without prejudice against the above named defendants.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

DOROTHY MANNING TAYLOR
Assistant United States Attorney
Bar Roll No. 12678
500 Poydras Street, 210B
New Orleans, LA 70130
(504) 680-3083

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by mail, or hand delivery, this 31st day of May, 2006.

Assistant United States Attorney

2